# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHN RYAN STEPHENS

NO. 2020 KW 0499

**AUG 1 7 2020**

---

In Re:    John Ryan Stephens, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 12717.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT